IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02566-RTG

TLORLYN MERIE GARCIA,

    Plaintiff,

v.

JOHN DOE,
JANE DOE, and
ARAPHAHOE COUNTY DETENTION CENTER,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

    Plaintiff's Motion for Extension of Time (ECF No. 7)—requesting an extension of time to file an amended Prisoner Complaint—is **granted** as follows. Plaintiff is granted a 30-day extension to file an amended Prisoner Complaint, making the new deadline **January 6, 2025**. Although Plaintiff is being granted an extension, any future requests for an extension of time should be supported by an affidavit signed under penalty of perjury, *see* 18 U.S.C. § 1621, or supported by other competent evidence, explaining the details that establish good cause. If Plaintiff does not file an amended Prisoner Complaint that complies with the Court's order to amend within the time allowed, the action will be dismissed without further notice.

Dated: December 6, 2024