IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _1:24-cv-02566-RTG_
(To be supplied by the court)

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -6 2025

JEFFREY P. COLWELL
              CLERK
```

_Tiorhyn Merie Garcia_, Plaintiff

v.

**Jury Trial requested:**
(please check one)
____ Yes ____ No

_John Doe_,

_Jane Doe_,

_Arapahoe County Detention Center_,

_Paula Benson_, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Tlorlyn Merie Garcia #171773 PO Box 392005 Denver CO 80239
(Name, prisoner identification number, and complete mailing address)

Tlorlyn Young   Tlorlyn Jeanne   Tlorlyn Gingles
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
_X_ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Paula Benson Arapahoe County Investigator
(Name, job title, and complete mailing address)
13101 Broncos Pkwy Centennial CO 80112  303-795-4711
pbenson@arapahoegov.com

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

She was the investigator after this crime was committed

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2

G.    **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* At this time I'm requesting an undetermined amount of monetary damages, and I hope this court will consider Punitive Damages

H.    **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1-2-25
_____
(Date)

(Revised November 2022)

6

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____N/A_____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes _✓_ No (*check one*)

Did you exhaust administrative remedies?

_✓_ Yes ___ No (*check one*)

5

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: At this time undetermined monetary Damages

Claim one is asserted against these Defendant(s):

Supporting facts: I Tlorlyn marie Garcia in November 2022 was raped by another inmate while I was on a unit from Jefferson County. The inmate is Oshanelle Ray the incedent was reported to investagator Paula benson and deciputy Ross. They faild to protect me. Oshanelle Ray has a sexual violence level of a 2L she was a known sexual preadator. I in return have my own records of my medical report for the sanes kit for the sexual assult at UCH Hospital. I was never contacted again by investigations my mother Tiana young and myself have tried contacting Arapahoe County with no response I am mentally unstable when this situation is brought to my attention. Oshanelle ray waited until I went to asleep put her fingers inside of me and to my surprize a homemade dildoe was roughly inserted as well into my vagina I woke up instantly and fought to get her off, with every struggle I was tearing it hurt after being held in the room I had cant finally and I was able to report to Deputy Ross and Investagator Paula benson and John B jane Doe Staff at Arapahoe county.

4

Defendant 2: ___John Doe___
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: ___Jane Doe___
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_✓_ State/Local Official (42 U.S.C. § 1983)

___ Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
_✓_ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

3

 

put John Doe & Jane Doe staff at Arapahoe County by them failing to keep me seprated from a sexual known predator. and by them failing to investigate fully they violated my 8th Ammendment of the United States constitution. Known as Cruel and Unusual punishment. they also violated my 14th admendment of the United States constitution known as Due process and equal protection of the law. Under 1983 42 U.S.C § 1983 this court has Jurisdiction 28 U.S.C § 1391 (b)(2) because Colorado is where the event occured and the conditions of confinment exist. All Defendants were "acting under color of State Law" at the time the claim(s) in Plaintiff's complaint arose Trial By Jury is Requested.

Please note that I am a Laymen too the law and I'm asking you to try to conscrew everything I'm trying to say and everything I'm trying to do, plus any other relif that this court Deems nessary or approiate.

Amended Prisioner Complaint Per Judge

Toryn Merie Garcia #171773
PO Box 392005
Denver, CO 80239

COLORADO DEPARTMENT OF CORRECTIONS
DENVER WOMENS CORRECTIONAL FACILITY
OFFENDER MAIL

DENVER CO 802
3 JAN 2025 PM 8 L

United States District Court
Alfred A. Arraj
United States Court House
901 19th Street
Denver CO 80294-3589

80294-250151

